# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TREVIN NUNNALLY, SR.,**

    Plaintiff,

v.                                                CASE NO. 3:18cv1424-MCR-CJK

**ELIZABETH TIMOTHY, U.S.
MAGISTRATE JUDGE; JUDICIAL
CONFERENCE OF THE UNITED
STATES, PENSACOLA DIVISION;
and CHIEF JUSTICE OF THE
U.S. SUPREME COURT, AS OVERSEER
OVER JUDICIAL CONFERENCE OF
THE UNITED STATES, PENSACOLA
DIVISION,**

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 20, 2018. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. Plaintiff's Motion for leave to amend his complaint, ECF No. 6, is DENIED.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of July 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**